5712 Realty LLC v Ricketts (2025 NY Slip Op 50035(U))

[*1]

5712 Realty LLC v Ricketts

2025 NY Slip Op 50035(U)

Decided on January 16, 2025

Civil Court Of The City Of New York, Kings County

Jimenez, J.

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

As corrected in part through January 22, 2025; it will not be published in the printed Offical Reports.

Decided on January 16, 2025
Civil Court of the City of New York, Kings County

5712 Realty LLC, Petitioners,

against
Richard Ricketts, JOHN DOE and JANE DOE, Respondents

Index No. 83578-18

Opinion withdrawn from online only publication by the State Reporter. This 
opinion will be published in the Miscellaneous Reports. See 
2025 NY Slip Op 25012.